IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DONALD DETTERMAN,[1] | § | |
| | § | No. 100, 2020 |
| Petitioner Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below–Family Court |
| | § | of the State of Delaware |
| BERNIE MAXWELL, | § | |
| | § | File No. CS12-01800 |
| Respondent Below, | § | Petition No. 19-14552 |
| Appellee. | § | |

Submitted: December 18, 2020
Decided: January 26, 2021

Before **SEITZ**, Chief Justice; **TRAYNOR** and **MONTGOMERY-REEVES**, Justices.

## **ORDER**

After careful consideration of the parties' briefs and the Family Court record, we find it evident that the judgment of the Family Court should be affirmed on the basis of and for the reasons assigned in its February 27, 2020 bench ruling and order.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).